## CANTRIL v. BABCOCK ET AL.

The judgment rendered under the statute for the value of property in a replevin suit is conclusive in a subsequent action on the replevin bond.

*Error to District Court of Boulder County.*

Mr. GEORGE ROGERS, for plaintiff in error.

PER CURIAM.  The facts in this case being the same as in *Cantril v. Babcock* (decided at the December term, 1887, *post*, p. 143), except as to parties and amounts, and

the questions of law arising thereon being identical, the judgment in that case must control the decision in this. The judgment is reversed and cause remanded, with directions to enter judgment in favor of the plaintiff in error for the full amount awarded by the court in the replevin suit, together with legal interest from the date of such judgment.

*Reversed.*